No. 109. WOOTEN *v.* BREVARD COUNTY. Motion submitted January 2, 1929. Decided January 14, 1929. *Per Curiam:* The appeal is dismissed (1) for want of a substantial federal question on the authority of *Shul-*

*this* v. *McDougal,* 225 U. S. 561, 569; *Hebert* v. *Louisiana,* 272 U. S. 312, 316–317; (2) because the affirmance below was based on a nonfederal ground adequate to support it. *Bilby* v. *Stewart,* 246 U. S. 255, 257. *Mr. L. C. Crofton* for appellee in support of the motion. *Messrs. W. E. Kay, Thomas B. Adams,* and *Henry C. Clark* for appellant in opposition thereto.